Argued February 1, affirmed February 1, 1973

## STATE OF OREGON, *Respondent, v.* ALBERT RUSSELL ZANDER (No. 1112), *Appellant.*

505 P2d 358

*Charles R. Cater,* La Grande, argued the cause and filed the brief for appellant.

Jesse R. Himmelsbach, Jr., District Attorney, Baker, appeared for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.